IN THE CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO: 16-2009-CA-014814 -XXXX-MA

DIVISION:

DIVISION CV-E

KENNETH RUDD, Individually,
and BETH RUDD, Individually,

Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign for
profit company,

Defendant.
_____/

## COMPLAINT

KENNETH RUDD, Individually and BETH RUDD, Individually, by and through their undersigned counsel, hereby sue Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and allege:

1. This is an action for damages which exceed FIFTEEN THOUSAND AND NO/100 ($15,000.00) DOLLARS

2. At all times relevant hereto, Plaintiffs, KENNETH and BETH RUDD, are residents of Jacksonville, Duval County, Florida.

3. At all times relevant herein, Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, (hereinafter "Defendant State Farm"), was doing business in Jacksonville, Duval County, Florida.

4. At the time of the subject accident, Plaintiffs had in effect State Farm policy, policy #C04 4772-E09-59J (a copy of which is attached) which provided $100,000 of Underinsured Motorist ("UM") coverage for Plaintiffs for the subject accident on September 28, 2007.

## COUNT I

5. Plaintiffs re-allege paragraphs 1 - 4 of the Complaint.

6. On or about September 28, 2007, Plaintiff, MR. RUDD was traveling west on State Road 100, a two lane highway, in Starke, Florida and came to a stop due to traffic conditions, when a vehicle driven by Claire L. Harris slammed into his vehicle at a high rate of speed sending Plaintiff, MR. RUDD'S vehicle into oncoming traffic. Ms. Claire L. Harris negligently operated and maintained the vehicle causing the collision with Plaintiff MR. RUDD'S vehicle.

7. As a result of the collision, Plaintiff, MR. RUDD suffered permanent bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, medical and nursing care and treatment. The losses are either permanent or continuing and Plaintiff, MR. RUDD, will suffer the losses into the future.

8. Plaintiffs settled with Claire Harris for her State Farm policy limits of $25,000; Plaintiffs' UM carrier, Defendant STATE FARM approved the policy limits settlement with Ms. Harris as required by Statute.

9. All conditions precedent to the bringing of this UM action against Defendant STATE FARM have been met, satisfied or waived.

WHEREFORE, Plaintiff, MR. RUDD, demands judgment against Defendant, STATE FARM for damages, plus interest and costs.

## COUNT II
## (CONSORTIUM CLAIM)

10. Plaintiff, BETH RUDD, re-alleges and incorporates by reference the allegations that set forth in paragraphs one through four, six, eight, and nine above.

11. As a direct and proximate result of the negligence of Defendant STATE FARM'S insured Claire Harris, Plaintiff, BETH RUDD, has suffered from the loss of her husband's love and affection and consortium, the loss of the services, the loss of his earnings, and the loss his ability to earn money.

12. WHEREFORE, Plaintiff, BETH RUDD, demands judgment against Defendant, STATE FARM, for damages, plus interest and costs.

### DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury of all issues so triable.

DATED this 25th day of September, 2009.

ROGERS TOWERS, P.A.

By: _____
Edward McCarthy, III
Florida Bar No.: 866873
1301 Riverplace Boulevard, Suite 1500
Jacksonville, Florida 32207
904/396-5730 – Telephone
904/396-0663 – Facsimile
**Attorneys for Plaintiffs**

JAX\1366770_1                    -3-